IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY,

    Petitioner

    v.

CARNIVAL CORPORATION,

    Respondent

CIVIL NO. 07-1937 (JP)

**FINAL JUDGMENT**

    For the reasons stated in its Order entered this same date, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Petitioner Puerto Rico Ports Authority's petition to vacate the arbitration award and all claims asserted therein against Respondent Carnival Corporation.  This Judgment is entered without the imposition of attorneys' fees or costs.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 7th day of December, 2009.

                                                   s/Jaime Pieras, Jr.
                                                     JAIME PIERAS, JR.
                                     U.S. SENIOR DISTRICT JUDGE